Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
FREDERICK J. SHAFER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. SHAFER | Case No.: 2:13-cv-00439 DAD |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME AND ORDER |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30-day extension of time, to and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

including September 20, 2013, in which to file Plaintiff's Motion for Summary Judgment.

    This request is made by Plaintiff's counsel. Due to his current caseload, counsel requires the additional time to properly research and brief the issues presented.

DATE: August 22, 2013    Respectfully submitted,

    ROHLFING & KALAGIAN, LLP

    /s/ *Marc V. Kalagian*
BY: _____
    Marc V. Kalagian
    Attorney for plaintiff Mr. Frederick J. Shafer

DATE:  August 22, 2013

    BENJAMIN B. WAGNER
    United States Attorney
    DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

    /s/ *Annabelle J. Yang*
BY: _____
    Annabelle J. Yang
    Special Assistant United States Attorney
    Attorneys for defendant Carolyn W. Colvin
    |*authorized by e-mail|

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\shafer0439.stip.eot.ord.docx